District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASHENAFI K. TERESSA, | Case No. 2:24-cv-00306-RSM |
| Plaintiff, | STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER |
| v. | Noted for Consideration: |
| ALEJANDRO MAYORKAS, *et al.*, | April 26, 2024 |
| Defendants. | |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until October 3, 2024. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, inter alia, to compel U.S. Citizenship and Immigration Services ("USCIS") to schedule an interview and adjudicate his asylum application. Defendants' response to the Complaint is currently due on May 14, 2024. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until October 3, 2024.

Courts have "broad discretion" to stay proceedings. Clinton v. Jones, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00306-RSM] - 1

control the disposition of the causes on its docket with economy of time and effort for itself, for

counsel, and for litigants." Landis v. N. Am. Co., 299 U.S. 248, 254 (1936); see also Fed. R.

Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial

intervention. USCIS has scheduled Plaintiff's asylum interview for June 5, 2024. USCIS

agrees to diligently work towards completing the adjudication within 120 days of the interview,

absent unforeseen or exceptional circumstances that would require additional time for

adjudication. If the adjudication is not completed within that time, USCIS will provide a status

report to the Court. Plaintiff will submit all supplemental documents and evidence, if any, to

USCIS seven to ten days prior to the interview date. Plaintiff recognizes that failure to submit

documents prior to the interview may require the interview to be rescheduled and the

adjudication delayed. If needed, Plaintiff will bring an interpreter to the interview, otherwise

the interview will need to be rescheduled and the adjudication delayed. Once the application is

adjudicated, Plaintiff will dismiss the case with each party to bear their own litigation costs and

attorneys' fees. Accordingly, the parties request this abeyance to allow USCIS to conduct

Plaintiff's asylum interview and then process his asylum application.

As additional time is necessary for this to occur, the parties request that the Court hold

the case in abeyance until October 3, 2024. The parties will submit a status update on or before

October 3, 2024.

//

//

//

//

//

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00306-RSM] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1    DATED this 26th day of April, 2024.

2  Respectfully submitted,

3  TESSA M. GORMAN                        O'SULLIVAN LAW OFFICE
   United States Attorney

4
   *s/ Michelle R. Lambert*                 *s/ Jane Marie O'Sullivan*
5  MICHELLE R. LAMBERT, NYS #4666657      JANE MARIE O'SULLIVAN, WSBA#34486
   Assistant United States Attorney       2417 Pacific Avenue SE, 2nd Floor
6  United States Attorney's Office        Olympia, Washington 98501
   Western District of Washington         Phone: (206) 340-9980
7  1201 Pacific Avenue, Suite 700         Email:  jane@osullivanlawoffice.com
   Tacoma, Washington 98402
8  Phone: (253) 428-3824
   Fax: (253) 428-3826
9  Email:  michelle.lambert@usdoj.gov

10 *Attorneys for Defendants*               *Attorney for Plaintiff*

11 ***I certify that this memorandum contains 395***
   ***words, in compliance with the Local Civil***
12 ***Rules.***

13

14

15

16

17

18

19

20

21

22

23

24

1

**ORDER**

2        The case is held in abeyance until October 3, 2024.  The parties shall submit a status

3   update on or before October 3, 2024.  It is so **ORDERED**.

4

5        DATED this 30th day of April, 2024.

6

7

8   RICARDO S. MARTINEZ
    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00306-RSM] - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800