District Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| ASHENAFI K. TERESSA, | Case No. 2:24-cv-00306-RSM |
| Plaintiff, | STIPULATED MOTION TO DISMISS AND ORDER |
| v. | |
| ALEJANDRO MAYORKAS, *et al.*, | Noted for Consideration: July 16, 2024 |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-589, Application for Asylum and for Withholding of Removal. USCIS has adjudicated the Form I-589 and this case is now moot.

//

//

//

//

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-00306-RSM] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

DATED this 16th day of July, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | O'SULLIVAN LAW OFFICE |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:   (253) 428-3826<br>Email: michelle.lambert@usdoj.gov | *s/ Jane Marie O'Sullivan*<br>JANE MARIE O'SULLIVAN, WSBA #34486<br>2417 Pacific Avenue SE, 2nd Floor<br>Olympia, Washington 98501<br>Phone: (206) 340-9980<br>Email: jane@osullivanlawoffice.com<br><br>*Attorney for Plaintiff* |

*Attorneys for Defendants*

***I certify that this memorandum contains 76 words, in compliance with the Local Civil Rules.***

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-00306-RSM] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

**ORDER**

It is so **ORDERED**.  The case is dismissed without prejudice.

DATED this 17th day of July, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-00306-RSM] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800